IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VIRGILLIO VIRGO** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **COMMONWEALTH OF PENNSYLVANIA,** | : | |
| **C/O KENNETH D. KYLER,** | : | MISCELLANEOUS |
| **SUPERINTENDENT SCI-HUNTINGDON** | : | NO. 02-0149 |
| **DEPARTMENT OF CORRECTIONS** | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this 11th day of June, 2002, petitioner, Virgillio Virgo, having filed a document entitled "Petition of Redress by Virgillio Virgo," in this Court on June 5, 2002, and the Court being unable to determine anything about the claim except that it arises out of events which occurred at State Correctional Institution-Huntingdon which is in the Middle District of Pennsylvania, and said petitioner not having paid a filing fee or submitted an application for leave to proceed *informa pauperis* with supporting affidavit, **IT IS ORDERED** that the action is **DISMISSED WITHOUT PREJUDICE** to petitioner's right to file an appropriate action in the United States District Court for the Middle District of Pennsylvania.

**IT IS FURTHER ORDERED** that the action shall be **MARKED CLOSED** for **STATISTICAL PURPOSES.**

BY THE COURT:

_____
**JAN E. DUBOIS, J.**